## HARDIN v. MOTOR PANELS, INC.

No. 61P00

Case below: 132 N.C.App. 351

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

## HATCHER v. SUPERIOR COURT OF ROBESON COUNTY

No. 39P00

Case below: Robeson County Superior Court

Petition by defendant pro se for writ of certiorari to review the order of Superior Court, Robeson County, denied 6 April 2000. Petition by plaintiff pro se for writ of prohibition dismissed 6 April 2000. Motion by pro se to appoint Judge Weeks dismissed 6 April 2000.

## HLASNICK v. FEDERATED MUT. INS. CO.

No. 78PA00

Case below: 136 N.C.App. 320

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 6 April 2000. Petition by defendant (State Farm) for discretionary review pursuant to G.S. 7A-31 allowed 6 April 2000.

## IN RE APPEAL OF WHITESIDE ESTATES, INC.

No. 57P00

Case below: 136 N.C.App. 360

Petition by petitioner (Whiteside Estates, Inc.) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 2000.

## LANDERS v. WHITMIRE

No. 70P00

Case below: 136 N.C.App. 442

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.